Caputo v Holt

2026 NY Slip Op 02594

April 24, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

JAMES R. CAPUTO, PLAINTIFF-APPELLANT,

v

NATHAN HOLT, OWEN BILLET, PREMIUM MORTGAGE CORPORATION, DONALD CHENEY, ESQ., CHENEY LAW FIRM, PLLC, ABAR ABSTRACT CORPORATION, MONROE COUNTY CLERK'S OFFICE, DEFENDANTS-RESPONDENTS, ET AL., DEFENDANTS.

Decided on April 24, 2026

MOTION NO. (76/26) CA 24-01298.

Present: Curran, J.P., Bannister, Ogden, And Delconte, JJ. (Filed Apr. 24, 2026.)

[*1]

MEMORANDUM AND ORDER

Motion for reargument or leave to appeal to the Court of Appeals denied.